```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISAMARIE GRAFSTROM              :      CIVIL ACTION
                                 :
          v.                     :
                                 :
CHIQUITA BRANDS INTERNATIONAL,   :
INC., et al.                     :      NO. 11-387
```

## ORDER

AND NOW, this 13th day of April, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff for leave to file an amended complaint (Doc. No. 13) is DENIED.

                                          BY THE COURT:

                                          /s/ Harvey Bartle III
                                                                  C.J.